01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 | UNITED STATES OF AMERICA,    )  CASE NO. 07-45M
                                  )
09 |       Plaintiff,              )
                                  )
10 |       v.                      )
                                  )  DETENTION ORDER
11 | MARTIN A. JOHN,               )
                                  )
12 |       Defendant.              )
   |_____)
13

14 <u>Offense charged</u>:     Sexual Abuse of a Minor

15 <u>Date of Detention Hearing</u>:   February 5, 2007

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the safety of other persons and the community.

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      1.    Defendant is charged by complaint with the sexual abuse of two minors who are

22 his stepdaughters.

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01       2.      According to records reviewed by Pretrial Services, defendant allegedly admitted
02 to prior sexual molestation of a minor in the 1980s.
03       3.      Defendant's daughter offers her second home as a residence for defendant.  In
04 considering the possibility of less restrictive conditions of release, as contrasted with detention,
05 the Court has considered GPS or Electronic Monitoring.  These programs would allow for
06 monitoring of the defendant's whereabouts, but would not provide monitoring of visitors into the
07 defendant's residence.
08       4.      Defendant is not found to pose a risk of nonappearance.  However, he does pose
09 a risk of danger to the community due to alleged self admitted history of sexual abuse of a minor
10 and the nature of the instant offense.
11       5.      There does not appear to be any condition or combination of conditions that will
12 reasonably address the danger to other persons or the community.
13 It is therefore ORDERED:
14       (1)     Defendant shall be detained pending trial and committed to the custody of the
15               Attorney General for confinement in a correction facility separate, to the extent
16               practicable, from persons awaiting or serving sentences or being held in custody
17               pending appeal;
18       (2)     Defendant shall be afforded reasonable opportunity for private consultation with
19               counsel;
20       (3)     On order of a court of the United States or on request of an attorney for the
21               Government, the person in charge of the corrections facility in which defendant is
22               confined shall deliver the defendant to a United States Marshal for the purpose of

01       an appearance in connection with a court proceeding; and

02  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

03       counsel for the defendant, to the United States Marshal, and to the United States

04       Pretrial Services Officer.

05  DATED this 5th day of February, 2007.

06  _____
    Mary Alice Theiler
07  United States Magistrate Judge

DETENTION ORDER                                                                  15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 3